AUSA

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 8482 |
| v. | COMPLAINT FOR VIOLATION OF |
| Jose LARRETA-Romero Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about May 29, 2008, within the Southern District of California, defendant Jose LARRETA-Romero did knowingly and intentionally import approximately 33.28 Kilograms (73.21 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 30th DAY OF MAY, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose LARRETA-Romero

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On May 29, 2008, Jose LARRETA-Romero entered the United States at the Calexico, California, West Port of Entry. LARRETA was the driver and sole occupant of a 2000 Dodge Durango registered in his name. Customs and Border Protection Officer (CBPO) D. Morris received a negative Customs declaration from LARRETA. During the primary inspection CBPO Morris tapped the spare tire and determined that it felt unusually solid. CBPO Morris also noticed that all of the tires on the vehicle had new valve stems. While CBPO Morris was performing this inspection, he was also observing LARRETA's demeanor. He noticed that LARRETA appeared worried and uneasy during the inspection of the vehicle. Based on his observations, CBPO Morris referred LARRETA and the vehicle to the secondary inspection area for further inspection.

In the vehicle secondary area, Canine Enforcement Officer (CEO) Waters was performing a lot sweep with his Narcotic Detector Dog (NDD). When his NDD approached the vehicle driven by LARRETA, it alerted to the underside of the rear bumper, indicating the presence of the odor of a controlled substance in that area. CEO Waters informed CBPO Mendibles of the alert.

CBPO Mendibles approached and received a negative customs declaration from LARRETA. After a brief interview of LARRETA, CBPO Mendibles began to inspect the exterior of the vehicle when he observed water stains on the outside of the gas tank, indicating that it had recently been washed. CBPO Mendibles used a fiber optic scope to look inside the gas tank and was immediately able to see what he identified as packages wrapped in aluminum foil and vacuum sealed.

CBPO Mendibles escorted LARRETA to the vehicle secondary office and returned to the vehicle. Once the gas tank was removed, fifteen packages were found concealed within the gas tank. The packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 33.28 Kilograms (73.21 pounds).

Special Agent's (SA) Douglas Struckmeyer and Brandon Wood interviewed LARRETA. SA Struckmeyer furnished LARRETA with his constitutional rights per Miranda in English with S/A Wood present. LARRETA orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

LARRETA stated that he was aware that the vehicle contained marijuana when he entered the United States. He said that he was going to be paid $1,000 to smuggle the marijuana into the United States from Mexico. He said that once he made entry into the United States with the marijuana, he was supposed to continue to Los Angeles, California with the marijuana.

LARRETA was arrested by ICE Agents for violations of 21 USC 952 and 960, Importation of Marijuana. LARRETA was booked into the Imperial County Jail, El Centro, California, pending an appearance in U.S. Magistrate Court.